USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: \_6/26/2020_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| SHANTE SERVICE, | |
| Plaintiff, | 20-CV-1825 (ALC) |
| -against- | |
| ALL BRIGHT DENTAL OF NY, P.C., ET AL., | ORDER |
| Defendants. | |

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

**Dated:**     **June 26, 2020**
            **New York, New York**

_____
   **HON. ANDREW L. CARTER, JR.**
       **United States District Judge**

1