USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/26/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

   **SHANTE SERVICE,**

                              **Plaintiff,**

                    **-against-**

   **ALL BRIGHT DENTAL OF NY, P.C.,**
   **ET AL.,**

                             **Defendants.**
-------------------------------------------------------------x

**20-CV-1825 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Settlement Agreement presented to the Court is fair and reasonable, and adequate to redress Plaintiff's claims in this action. For the reasons set forth in the Parties' letter motion to approve the Settlement Agreement, ECF No. 20, and in accordance with Rule 41 of the Federal Rules of Civil Procedure and *Cheeks v. Freeport Pancake House Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court approves the Settlement Agreement.

**SO ORDERED.**

**Dated:**      **August 26, 2020**
               **New York, New York**

                                                       _____
                                                         **HON. ANDREW L. CARTER, JR.**
                                                          **United States District Judge**